OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

4/1/2015

FEIST, HERBERT HERMAN    Tr. Ct. No. 36429; 36678    WR-12,375-24

This is to advise that the Court has denied without written order motion for leave to file the original application for writ of mandamus.

Abel Acosta, Clerk

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY #
18805
P. O. BOX 26007
BEAUMONT, TX 77720